IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY JOSEPH STEIGER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:09cv295-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )           (WO) |
| | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this court on this day,

Final Judgment is entered in favor of the United States of America and against the Petitioner, Bradley Joseph Steiger.

DONE this 4th day May, 2010.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE